Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frieda K. Zimmerman
Special Assistant United States Attorney
Tyler H.L. Tornabene
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP - 8 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:22-CR-6040-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 1343<br>Wire Fraud<br>(Counts 1 and 2) |
| ANDREI STEPHANOVICH BORGHERIU, | |
| Defendant. | 18 U.S.C. § 287<br>False, Fictitious, or Fraudulent Claims<br>(Count 3) |
| | 18 U.S.C. § 981, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

GENERAL ALLEGATIONS

1. At all times relevant to this Indictment, the Defendant, ANDREI STEPHANOVICH BORGHERIU, was a resident of West Richland, Washington.

INDICTMENT – 1

2. The Coronavirus Aid, Relief, and Economic Security Act ("CARES" Act) was a federal law enacted on March 27, 2020, designed to provide emergency financial assistance to the millions of Americans who were suffering the economic effects caused by the COVID-19 pandemic. One source of relief provided by the CARES Act was the authorization of the Economic Injury Disaster Loan ("EIDL") program. EIDL is a Small Business Administration ("SBA") program that provides low-interest funding to small businesses, renters, and homeowners affected by declared disasters.

3. In order to obtain an EIDL, a qualifying business must submit an application to the SBA and provide information about its operations, such as the number of employees, gross revenues for the 12-month period preceding the disaster, and cost of goods sold in the 12-month period preceding the disaster. In the case of EIDLs for COVID-19 relief, the 12-month period was the year preceding January 31, 2020. The applicant must also certify that all the information in the application is true and correct, and agree in the required Loan Authorization and Agreement that the EIDL funds will be used solely as working capital to alleviate economic injury caused by disaster.

4. The amount of an EIDL, if the application is approved, is determined based, in part, on the information provided in the application about employment, revenue, and cost of goods, as set forth above. Any funds issued under an EIDL are issued directly by the SBA. EIDL funds shall be used as working capital, such as payroll expenses, sick leave, production costs, and ordinary business obligations, such as debts, rent, and mortgage payments. If the applicant also obtains a loan under the Paycheck Protection Program, the EIDL funds cannot be used for the same purpose as the Paycheck Protection Program funds.

5. EIDL applications are received in cloud-based platforms. The location of the server through which the EIDL application is submitted is based on the date

INDICTMENT – 2

the application was processed by SBA and the application number. During the time period relevant to this Indictment, all EIDL applications and supporting documents were received in a Microsoft cloud-based platform using a Rapid Finance application, through SBA servers located in Des Moines, Iowa.

### The Scheme

6. The allegations in paragraphs 1 through 5 of this Indictment are incorporated as though realleged herein.

7. Beginning no later than on or about June 29, 2021, and continuing through the present, in the Eastern District of Washington and elsewhere, the Defendant, ANDREI STEPHANOVICH BORGHERIU, devised and intended to devise a scheme to defraud the SBA, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

8. Specifically, the Defendant, ANDREI STEPHANOVICH BORGHERIU, applied for and received one EIDL on behalf of his company, Artway Transport LLC, with the intent to defraud, steal, and convert the proceeds of the EIDL loan for the Defendant, ANDREI STEPHANOVICH BORGHERIU's personal use and without any intent to use the proceeds thereof for any authorized purpose.

### Manner and Means

It was part of this scheme that:

9. On or about June 29, 2021, the Defendant, ANDREI STEPHANOVICH BORGHERIU, began the process of submitting materials to the SBA requesting EIDL funding through EIDL Application No. 3321927753, under the name of his business, Artway Transport LLC.

10. On or about August 9, 2021, the Defendant, ANDREI STEPHANOVICH BORGHERIU, finalized his submission of Application No. 3321927753 to the SBA under the name of his business, Artway Transport LLC.

INDICTMENT – 3

11. On or about August 9, 2021, the Defendant, ANDREI STEPHANOVICH BORGHERIU, electronically signed a Loan Authorization and Agreement for Application No. 3321927753, agreeing that he would use the proceeds of the loan solely as working capital to alleviate economic injury. Defendant agreed to be bound by the stated terms and conditions during the term of the Loan. Defendant further certified under penalty of perjury that he was authorized to apply for and obtain a disaster loan on behalf of the Borrower in connection with the effects of the COVID-19 emergency. A properly signed Loan Authorization and Agreement is required prior to any disbursement of an EIDL loan.

12. Pursuant to the Loan Authorization and Agreement, a third-party UCC handling charge of $100 was to be deducted from the loan amount of $500,000 prior to disbursement.

13. On August 12, 2021, as a result of the reliance on the false representations the Defendant, ANDREI STEPHANOVICH BORGHERIU, made in EIDL Loan Application No. 3321927753 and the accompanying Loan Authorization and Agreement, the SBA approved the requested EIDL.

14. On August 16, 2021, the SBA disbursed $499,900 in EIDL funding to the Artway Transport LLC account at Bank of America ending in 2612. Prior to the wire transfer, the account contained about $3,100.00.

15. On August 17, 2021, a realtor contacted Ticor Title to discuss the cash sale of 1710 Sunshine Avenue, West Richland, WA 99353 (hereinafter "the property") for a sales price of $450,000. On August 18, 2021, Ticor Title opened an order for the purchase of the property by the Defendant, ANDREI STEPHANOVICH BORGHERIU.

16. On September 1, 2021, the Defendant, ANDREI STEPHANOVICH BORGHERIU, sent a wire transfer from the Artway Transport LLC Bank of

INDICTMENT – 4

America Account ending in 2612 to Ticor Title in the amount of $450,282.73 for purchase of the property.

17. On Application No. 3321927753, the Defendant, ANDREI STEPHANOVICH BORGHERIU, certified under penalty of perjury that the information in the application was true and accurate, subject to criminal penalties for knowingly making false statements. Further, in the Loan Authorization and Agreement for this EIDL loan, the Defendant, ANDREI STEPHANOVICH BORGHERIU, agreed to be bound by the terms and conditions in the agreement, including the condition that he would use all the proceeds of the EIDL solely as working capital for his company Artway Transport LLC to alleviate economic injury.

18. The representation made by the Defendant, ANDREI STEPHANOVICH BORGHERIU, in the Loan Authorization and Agreement required for disbursement of EIDL Application No. 3321927753 that he would use the proceeds of the loan solely as working capital to alleviate economic injury was materially false, and the Defendant, ANDREI STEPHANOVICH BORGHERIU, knew it was false at the time he made this representation. Instead of using the EIDL funds for a permissible purpose, the Defendant, ANDREI STEPHANOVICH BORGHERIU, used the EIDL funds to purchase a residential property. The day after SBA distributed through interstate wire transfer the EIDL funds into Artway Transport LLC's bank account, the realtor for the purchase contacted Ticor Title in order to effect a cash purchase of the property. Further, the Defendant, ANDREI STEPHANOVICH BORGHERIU, sent through wire transfer EIDL funds from the Artway Transport LLC business account to the Ticor Title account for purchase of a private residence. Accordingly, the Defendant, ANDREI STEPHANOVICH BORGHERIU's statements and promises that he would use the EIDL proceeds

solely as working capital for Artway Transport LLC were materially false and fraudulent.

## Counts 1 and 2

19. The allegations in paragraphs 1 through 18 of this Indictment are incorporated as though realleged herein.

20. On or about each of the dates set forth below, in the Eastern District of Washington and elsewhere, the Defendant, ANDREI STEPHANOVICH BORGHERIU, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date | Description |
| --- | --- | --- |
| 1 | August 16, 2021 | Wire transfer from FMS servers in Sterling, Virginia, to Artway Transport LLC's Bank of America Account ending in 2612 in Kennewick, Washington, in the amount of $499,900.00 for EIDL No. 1397459103. |
| 2 | September 1, 2021 | Wire transfer from Artway Transport LLC's Bank of America Account ending in 2612 in Kennewick, Washington, to Ticor Title's bank account ending in 5226 with US Bank in Westminster, California. |

All in violation of 18 U.S.C. § 1343.

## Count 3

21. The allegations in paragraphs 1 through 20 of this Indictment are incorporated as though realleged herein.

22. On or about each of the dates set forth below, in the Eastern District of Washington and elsewhere, the Defendant, ANDREI STEPHANOVICH BORGHERIU, represented to the Small Business Administration, an agency of the United States, that the EIDL funds would be used for an authorized purpose, knowing such representation was false and fraudulent, and knowing that he planned

INDICTMENT – 6

funds for an unauthorized purpose, described below for each count, each transmission constituting a separate count:

| Count | Date | Description |
|---|---|---|
| 3 | August 9, 2021 | Loan Authorization and Agreement in support of EIDL Application No. 3321927753 in the name of Artway Transport LLC for an EIDL loan of $500,000. |

All in violation of 18 U.S.C. § 287.

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 1343, as alleged in Counts 1 and 2 of this Indictment, the Defendant, ANDREI STEPHANOVICH BORGHERIU, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

REAL PROPERTY

The real property known as 1710 Sunshine Avenue, West Richland, Washington, situated in Benton County, State of Washington, described as follows:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as 1710 Sunshine Avenue, West Richland, Washington, legally described as follows:

Section 12, Township 9, Range 27, Quarter NE, Plat Subdivision, MOUNTAIN VIEW ESTATES, PHASE TWO A, Lot 1, AF#2008-026455, 9/08/2008

Parcel #: 112971030000001

INDICTMENT – 7

MONEY JUDGMENT

A sum of money equal to $499,900 in United States currency, representing the amount of proceeds obtained by Defendant, ANDREI STEPHANOVICH BORGHERIU, from the wire fraud violations.

If any of the property described above, as the result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED this ⁷ day of September 2022.

A TRUE BILL

Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Frieda K. Zimmerman*
Frieda K. Zimmerman
Special Assistant United States Attorney

*Tyler Tornabene*
Tyler H.L. Tornabene
Assistant United States Attorney

INDICTMENT – 8