# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v.  ANDREI STEPHANOVICH BORGHERIU**          Case No.   4:22-CR-6040-MKD-1

**Initial Appearance and Arraignment on Indictment:**          09/09/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Frieda Zimmerman, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Justin Lonergan, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☒ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is ANDREI STEPHANOVICH BORGHERIU.

Defendant was advised of his rights and the allegations contained in the Indictment.

"Not guilty" plea entered as to all counts.

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

Government is not seeking detention, requesting Defendant be released on standard conditions of pretrial release.

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
2. Discovery to be provided according to Local Rules on discovery.
3. Conditions of release imposed upon Defendant which were read to him in Court.  Order forthcoming.

Defendant to be released under the following conditions:

- Commit no new violation of state, local or federal law, to include no marijuana

- Report any contact with law enforcement to Pretrial Services within 1 business day and may not work for United States government or any federal or state law enforcement agency without first notifying your supervising Pretrial Services officer
- Advise Pretrial Services, the Court, and attorney, in writing, within 24 hours of any change in residence, phone number or employment
- Appear for all future hearings and surrender for sentence if sentence of imprisonment is imposed
- Sign 199C
- No possession of firearm, dangerous weapon, or other destructive device
- Report to Pretrial Services in whatever frequency/manner they direct
- Call attorney at least once per week
- May not possess, ship or transport in interstate or foreign commerce any firearm, or ammunition
- No use or possession of narcotic drugs or other controlled substances, unless have valid prescription, to include no marijuana
- Surrender passport and/or enhanced driver's license and may not apply for new one during pendency of case
- Maintain or actively seek employment
- Remain in Eastern District of Washington while case is pending unless receive permission in advance to travel outside of district from Pretrial Services
- Avoid all contact, direct or indirect, with any witness or victim in case
- No firearms in residence

**Detention Hearing:**
*NA; USA not seeking detention.*