FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 6 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ANDREI STEPHANOVICH BORGHERIU,<br><br>              Defendant. | No. 4:22-CR-06040-MKD-1<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of February 13, 2023, to a date no later than October 9, 2023, for the following reasons pursuant to 18 U.S.C. § 3161:

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 1

1  Additional discovery is needed, as is time to
2  prepare pretrial motions and to be ready for trial.
3
4
5
6
7
8
9      I understand that if the Court grants the motion to continue, all time between
10 the date the motion was filed and the new trial date will be excluded from the
11 speedy trial calculations pursuant to the Speedy Trial Act.
12     I declare under penalty of perjury that the foregoing is true and correct.
13 _____
    Defendant
14     Date: 01-26-2023
15
16
17 I have read this form and discussed its contents with my client.
    _____
18     Counsel for Defendant
19     Date: 26 January 2023
20

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 2

1 | I have translated this form into a language in which the Defendant is
2 | conversant.  If questions have arisen, I have notified the Defendant's counsel of the
3 | questions and have not offered any advice or personal opinions.

_____
Interpreter

Date: January 26, 2023

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS
IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 3