

Justin Lonergan
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509-624-7606
Attorneys for Andrei Borgheriu

# United States District Court
## Eastern District of Washington
### Honorable Stanley A. Bastian

| United States of America, | No: 4:22-cr-06040-SAB-1 |
|---|---|
| Plaintiff, | Defendant's Exhibit List - First |
| v. | |
| Andrei Stephanovich Borgheriu, | |
| Defendant. | |

Mr. Borgheriu provides notice that he intends to introduce the following exhibits in his case in chief:

| Defense Exhibit | Admitted | Description | Bates |
|---|---|---|---|
| 1 | | Photograph – Mr. Borgheriu's Truck | FD00000070 |
| 2 | | Photograph – Home Office | FD00000003 |
| 3 | | Photograph – Garage Office Area | FD00000004 |
| 4 | | Photograph – Home Office | FD00000005 |
| 5 | | Photograph – Tires | FD00000006 |
| 6 | | Photograph – Inside of Shed | FD00000007 |
| 7 | | Photograph – Inside of Shed | FD00000008 |
| 8 | | Photograph – Tires | FD00000009 |
| 9 | | Artway Transport Check Stubs | FD00000016-FD00000061 |
| 10* | | 2022 Business License | FD00000062 |
| 11* | | Transportation Certificate (first page subject to stipulation) | FD00000063-FD00000065 |
| 12 | | International Fuel Tax Agreement | FD00000066 |
| 13 | | Certificate of Insurance | FD00000067 |
| 14* | | Employer Identification Number | FD00000068-FD00000069 |
| 15 | | Drivers Daily Log | FD00000071-FD00000194 |
| 16 | | Promissory Note | FD00000195-FD00000197 |
| 17 | | Registration Certificate | FD00000198 |
| 18 | | Vehicle Certificate of Title | FD00000199 |

| 19* | | Secretary of State Certificate of Formation – 2018 | FD00000221 |
|---|---|---|---|
| 20* | | Secretary of State Amended Annual Report – 2018 | FD00000200-FD00000202 |
| 21* | | Secretary of State Annual Report - 2019 | FD00000203-FD00000205 |
| 22* | | Secretary of State Annual Report – 2020 | FD00000206-FD00000208 |
| 23* | | Secretary of State Express Annual Report with Changes – 2021 | FD00000209-FD00000211 |
| 24* | | Secretary of State Express Annual Report with Changes – 2022 | FD00000212-FD00000214 |
| 25* | | Secretary of State Annual Report – 2023 | FD00000215-FD00000217 |
| 26* | | Secretary of State Express Annual Report with Changes – 2024 | FD00000218-FD00000220 |
| 27 | | Load Records | FD00000001-FD00000002 |
| 28 | | Business Receipts | FD00000010-FD00000015 |
| 29 | | Rights Advisement | FD10000043 |

* Subject to parties' stipulation.

Mr. Borgheriu reserves the right to seek admission of any exhibit on the United States' exhibit list, to supplement this list as trial proceeds, or to present impeachment exhibits as many be appropriate during trial.

//

//

//

//

//

Dated:  February 3, 2025

           Federal Defenders of Eastern Washington and Idaho
           Attorneys for Andrei Borgheriu

           *s/Justin Lonergan*
           Justin Lonergan, WA 55216
           601 W. Riverside Ave., Ste. 900
           Spokane, Washington 99201
           (509) 624-7606
           (509)747-3539 fax
           Justin_Lonergan@fd.org

**SERVICE CERTIFICATE**

I hereby certify that, on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys Frieda K. Zimmerman and Jeremy James Kelley.

           *s/Justin Lonergan*
           Justin Lonergan, WA 55216
           601 W. Riverside Ave., Ste. 900
           Spokane, Washington 99201
           (509) 624-7606
           (509)747-3539 fax
           Justin_Lonergan@fd.org