

Justin Lonergan
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
509-624-7606
Attorneys for Andrei Borgheriu

# United States District Court
## Eastern District of Washington
### Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  v.<br><br>Andrei Stephanovich Borgheriu,<br><br>        Defendant. | No: 4:22-cr-06040-SAB-1<br><br>Defendant's Witness List - First |

Mr. Borgheriu, through counsel, provides notice that he may call any of the following witnesses at trial:

1. Artur Sherepitka

2. Inna Borgheriu

3. Nikica Lacic (if not called by government in its case in chief)

4. Dylan Strait (if not called by government in its case in chief)

5. Rick Unser

Mr. Borgheriu reserves the right to call any witness listed on the United States witness list, to call witnesses in rebuttal, or to modify this witness list as trial proceeds for any reason.

Dated:   February 3, 2025

Federal Defenders of Eastern Washington and Idaho
Attorneys for Andrei Borgheriu

*s/Justin Lonergan*
Justin Lonergan, WA 55216
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
(509) 624-7606
(509)747-3539 fax
Justin_Lonergan@fd.org

# SERVICE CERTIFICATE

I hereby certify that, on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys Frieda K. Zimmerman and Jeremy James Kelley.

*s/Justin Lonergan*
Justin Lonergan, WA 55216
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
(509) 624-7606
(509)747-3539 fax
Justin_Lonergan@fd.org