Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frieda K. Zimmerman
Jeremy J. Kelley
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

# UNITED STATES DISTRICT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| | Case No.: 4:22-CR-6040-SAB |
| v. | |
| ANDREI S. BORGHERIU, | United States' Witness List |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref United States Attorney for the Eastern District of Washington, and Frieda K. Zimmerman and Jeremy J. Kelley, Assistant United States Attorney, submits the following Witness List.

1.      Special Agent Christian L. Parker, Federal Bureau of Investigation

2.      Special Agent Alex Meusburger, U.S. Small Business Administration Office of Inspector General

3.      Raymond Brown, U.S. Small Business Administration

4.      Custodian of Records, Bank of America

5.      Custodian of Records, Federal Reserve Bank of New York

6.      Custodian of Records, Internal Revenue Service

7.      Dylan Strait, Ticor Title

United States' Witness List – 1

1   8.  Erick Simmons, Pillar to Post

2   9.  Nikica Lacic

3   10.  Julijana Imamovic

4   11.  Daniel Lacic

5   12.  Guelita Pericles

6   In addition to the above names, though it does not intend to do so at this time

7 based on the sworn certifications and notice that have been previously provided to

8 the Defendant, the United States reserves the right to call additional custodians of

9 records as needed to establish authenticity and admissibility of business records kept

10 in the ordinary course of business, which have been previously provided to

11 Defendant together with notice of intent to offer those records through certificate.

12   The United States reserves the right to supplement its witness list if needed

13 based on trial documents submitted by Defendant.

14

15   Dated:  February 3, 2025.

16           Vanessa R. Waldref
           United States Attorney
17

18           *s/ Frieda K. Zimmerman*
           Frieda K. Zimmerman
19           Jeremy J. Kelley

20           Assistant United States Attorneys

21

22

23

24

25

26

27

28

United States' Witness List – 2

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on February 3, 2025, I electronically filed the foregoing

3    with the Clerk of the Court using the CM/ECF System, which in turn automatically

4    generated a Notice of Electronic Filing (NEF) to all parties in the case who are

5    registered users of the CM/ECF system. The NEF for the foregoing specifically

6    identifies recipients of electronic notice.

7

8                                    *s/ Frieda K. Zimmerman*
                                     Frieda K. Zimmerman
9                                    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States' Witness List – 3