Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frieda K. Zimmerman
Jeremy J. Kelley
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREI S. BORGHERIU<br><br>Defendant. | Case No: 4:22-CR-6040-SAB<br><br>United States' Proposed Voir Dire for the Court |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Frieda K. Zimmerman and Jeremy J. Kelley, Assistant United States Attorneys, respectfully submits the United States' proposed voir dire questions for the Court's consideration.

<u>Prior Jury Experience</u>

1. Of those of you who have sat on juries, did any of those juries fail to reach a unanimous verdict?

2. Is there anyone who thinks that they would have significant difficulty working with their fellow jurors as a group to arrive at a verdict in this case?

3. Is there anyone on the panel who, for religious or other reasons, cannot sit in judgment of another person?

United States' Proposed Voir Dire for the Court - 1

Law Enforcement and Justice System

4. Some of the witnesses in this case may be law enforcement officers. Would you believe the testimony of a witness just because that witness is a law enforcement officer and for no other reason?

5. On the other hand, would you tend not to believe the testimony of a witness just because that witness is a law enforcement officer and for no other reason?

6. Have you or any of your relatives or close friends ever had an unfortunate or adverse experience with any federal, state, tribal, or local law enforcement agency, which might in any way affect your judgment in this case?

7. Do you believe that you or anyone close to you has ever been falsely accused of committing a crime?

8. Do you have any opinions or feelings about the criminal justice system, such as judges, prosecutors, defense lawyers, and law enforcement officers, that would make it difficult for you to be a fair and impartial juror in this case?

9. Do you know of any reasons why you would be biased or prejudiced for or against the government in this case?

Attorneys

10. Are you, a member of your family, or a close friend a lawyer? If so, does that individual specialize in criminal law, either as a prosecutor or a defense attorney?

11. Have you ever had any legal training, taken legal courses, or ever worked in a law office?

12. If so, has that relationship or experience left you with a negative, positive, or neutral impression of judges, the judicial system, prosecutors, defense attorneys, defendants, or lawyers generally?

Fraud or Theft

13. Have you, a family member, or a close friend ever been the victim of fraud or theft?

//

Juror's Position

14. Does everyone understand that as a juror you are not to consider prejudice, pity, or sympathy in deciding whether the Defendant is guilty or not guilty?

15. Does anyone think that, regardless of the strength of the evidence, he or she will have trouble deciding whether the Defendants are guilty or not guilty?

16. Do all of you understand that the government has the burden of proving the defendant guilty beyond a reasonable doubt — that is, not beyond all possible doubt, but beyond doubts based on reason and common sense and not beyond doubts based purely on speculation? Would all of you be able to follow the court's instructions on the reasonable doubt standard?

17. You will be instructed that you are to arrive at your verdict without any consideration of what the penalty or sentence will be. Are any of you unable to arrive at a verdict without considering the possible penalty or sentence?

U.S. Small Business Administration, the FBI, and Federal Employees

18. Have you ever heard of the United States Small Business Administration, sometimes referred to as the SBA?

19. Have you, or any of your family, or a close friend, been an employee of the SBA, the Federal Bureau of Investigation (FBI), or a federal government employee?

20. Does anyone have strong feelings about the SBA, the FBI, or the federal government that would make it more difficult for you to serve as a juror in a case involving a program of the SBA?

21. Do you, or any of your family, or a close friend, own a small business?

COVID-19 Government Relief

22. Have you, or any of your family, or a close friend, sought or received any government funds or assistance related to COVID-19 relief?

23. For those who have sought or received such assistance, is there anything about your experience that would influence your ability to be fair and impartial as a juror in a case involving COVID-19 relief assistance?

United States' Proposed Voir Dire for the Court - 3

24. Does anyone have strong feelings about government funding related to COVID-19 relief?

<u>General Bias</u>

25. Is there anything you know about yourself, which, if you were the Court, or one of the lawyers or one of the parties to this case, you would want to know before selecting you as a juror?

26. Are there any of you who think, "If I were the Defendant, I wouldn't want me as a juror?" Or, "if I were one of the prosecutors, I wouldn't want me as a juror?"

Respectfully Submitted this 3rd day of February, 2025.

           Vanessa R. Waldref
           United States Attorney

           *s/Frieda K. Zimmerman*
           Frieda K. Zimmerman
           Jeremy J. Kelley
           Assistant United States Attorneys

United States' Proposed Voir Dire for the Court - 4

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

                                         *s/ Frieda K. Zimmerman*
                                         Frieda K. Zimmerman
                                         Assistant United States Attorney