Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Frieda K. Zimmerman
Jeremy J. Kelley
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREI STEPHANOVICH BORGHERIU,<br><br>Defendant. | No. 4:22-CR-6040-SAB<br><br>UNITED STATES' EXHBIT LIST |

    The United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Frieda K. Zimmerman and Jeremy J. Kelley, Assistant United States Attorneys for the Eastern District of Washington, respectfully submits the United States' Exhibit List of prospective exhibits for the above-referenced trial. The United States reserves the right to present additional exhibits that may become necessary before and during the course of trial.

UNITED STATES' EXHIBIT LIST – 1

| Ex. No. | Admitted | Description | Bates Numbers |
|---|---|---|---|
| 1 |  | Rapid Finance Application Details | 90000001–1.11 |
| 2 |  | Rapid Intake Form Data Lookup | 90000004–4.05 |
| 3 |  | Driver's License | 90000029 |
| 4 |  | Business License | 90000027 |
| 5 |  | Rapid Finance Credit Report Details | 90000003–3.03 |
| 6 |  | SBA Emails | 90000013, 90000008, 90000018, 90000009, 90000017, 90000019, 90000012, 90000014, 90000015, 90000016, 90000011 |
| 7 |  | Loan Authorization and Agreement | 90000025–25.24 |
| 8 |  | DocuSign Certificate of Completion | 90000007 |
| 9 |  | Signature Card | 50000013 |
| 10 |  | August 2021 Statement | 50000014.027–.036 |
| 11 |  | September 2021 Statement | 50000014.037-.046 |
| 12 |  | October 2021 Statement | 50000014.047-.056 |
| 13 |  | Image of 1710 Sunshine Ave | 10000136 |
| 14 |  | Lease/Rental Agreement | 10000132, 10000131, 10000134, 10000133, 10000130I |
| 15 |  | Residential Purchase and Sales Agreement | 50000018.109-.117 |
| 16 |  | Ticor Title Emails | 50000019-19.14 |
| 17 |  | Order Sheet | 50000018.232-18.237 |
| 18 |  | Closing Escrow Instructions | 50000018.040-18.044 |
| 19 |  | Schedule A | 50000018.078 |
| 20 |  | Final Master Statement | 50000018.002 |

UNITED STATES' EXHIBIT LIST – 2

| Ex. No. | Admitted | Description | Bates Numbers |
|---|---|---|---|
| 21 |  | Wiring Information | 50000018.096 |
| 22 |  | Incoming Wire Receipt | 50000018.007 |
| 23 |  | $1.00 Check | 50000018.005 |
| 24 |  | Statutory Warrant Deed | 50000018.051–.052 |
| 25 |  | Quit Claim Deed | 50000018.037 |
| 26 |  | Home Inspection Report | 10000083-83.25 |
| 27 |  | Interview Audio | 10000139 |
| 28 |  | Interview Transcript | 10000140-140.12 |
| 29 |  | Advice of Rights | 10000043 |
| 30 |  | 1040 Tax Return 2018 | 700000003-3.034 |
| 31 |  | 1040 Tax Return 2019 | 700000003.035-3.053 |
| 32 |  | 1040 Tax Return 2020 | 700000003.054-3.072 |
| 33 |  | 1040 Tax Return 2021 | 700000003.073-3.098 |
| 34 |  | 1040 Tax Return 2022 | 700000003.099-3.122 |
| 35 |  | Fedwire Funds Message | 50000021.04 |
| 36 |  | Visual Inspection Agreement | 10000071-71.04 |

RESPECTFULLY SUBMITTED this 3rd day of February, 2025.

Vanessa R. Waldref
United States Attorney

*/s/ Jeremy J. Kelley*
Jeremy J. Kelley
Frieda K. Zimmerman
*Assistant United States Attorneys*

UNITED STATES' EXHIBIT LIST – 3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

<u>s/ Jeremy J. Kelley</u><br>
Jeremy J. Kelley<br>
Assistant United States Attorney