Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREI STEPHANOVICH BORGHERIU,<br><br>Defendant. | 4:22-CR-6040-SAB<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES RE FORFEITURE |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Appearance, regarding forfeiture, on behalf of the United States of America.

Dated: February 3, 2025.

Vanessa R. Waldref
United States Attorney

*s/Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

NOTICE OF APPEARANCE    1

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the counsel of record.

*s/ Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

NOTICE OF APPEARANCE            2