1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Frieda K. Zimmerman
4  Jeremy J. Kelley
   Assistant United States Attorney
5  Post Office Box 1494
6  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
7
8                UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF WASHINGTON
9
10  UNITED STATES OF AMERICA,
                                          Case No.: 4:22-CR-6040-SAB
11                    Plaintiff,
                                          EVIDENTIARY AND FACTUAL
12           v.                           STIPULATIONS
13
    ANDREI STEPHANOVICH
14  BORGHERIU,
15                    Defendant.
16
17
18       IT IS HEREBY STIPULATED AND AGREED between the United States and
19  the Defendant, ANDREI STEPHANOVICH BORGHERIU, that the following records
20  listed by exhibit number below are true and correct copies of records of regularly
21  conducted activity and that, if called to testify, the custodian of records from the
22  business or organization listed below, or its successors in interest, would establish that
23  the records were:
24       (A) Made at or near the time by—or from information transmitted by—
25           someone with knowledge;
26       (B) Kept in the course of regularly conducted activity of the business or
27           organization; and
28

EVIDENTIARY AND FACTUAL STIPULATIONS - 1

(C) Making the records was a regular practice of the activity of the business or organization.

The parties stipulate and agree that all of the following exhibits, and the content therein, fall within an exception to the rule against hearsay under Federal Rules of Evidence 803(6), records of regularly conducted activity, and are authentic under Federal Rule of Evidence 901. The documents referred to above are:

| Business or Organization - U.S. Small Business Administration | | |
|---|---|---|
| Ex. No. | Description | Bates Numbers |
| Gov't 1 | Rapid Finance Application Details | 90000001–1.11 |
| Gov't 2 | Rapid Intake Form Data Lookup | 90000004–4.05 |
| Gov't 3 | Driver's License | 90000029 |
| Gov't 4 | Business License | 90000027 |
| Gov't 6 | SBA Emails | 90000013, 90000008, 90000018, 90000009, 90000017, 90000019, 90000012, 90000014, 90000015, 90000016, 90000011 |
| Gov't 7 | Loan Authorization and Agreement | 90000025–25.24 |
| Gov't 8 | DocuSign Certificate of Completion | 90000007 |
| **Business or Organization – Bank of America** | | |
| Ex. No. | Description | Bates Numbers |
| Gov't 9 | Signature Card | 50000013 |
| Gov't 10 | August 2021 Statement | 50000014.027–14.036 |
| Gov't 11 | September 2021 Statement | 50000014.037-14.046 |
| Gov't 12 | October 2021 Statement | 50000014.047-14.056 |
| **Business or Organization – Ticor Title** | | |
| Ex. No. | Description | Bates Numbers |
| Gov't 15 | Residential Purchase and Sales Agreement | 50000018.109-18.117 |
| Gov't 16 | Ticor Title Emails | 50000019-19.14 |
| Gov't 17 | Order Sheet | 50000018.232-18.237 |
| Gov't 18 | Closing Escrow Instructions | 50000018.040-18.044 |
| Gov't 19 | Schedule A | 50000018.078 |
| Gov't 20 | Final Master Statement | 50000018.002 |
| Gov't 21 | Wiring Information | 50000018.096 |
| Gov't 22 | Incoming Wire Receipt | 50000018.007 |
| Gov't 23 | $1.00 Check | 50000018.005 |

EVIDENTIARY AND FACTUAL STIPULATIONS - 2

| Gov't 24 | Statutory Warrant Deed | 50000018.051–18.052 |
|---|---|---|
| Gov't 25 | Quit Claim Deed | 50000018.037 |
| Gov't 26 | Home Inspection Report | 10000083-83.25 |
| **Business or Organization – Internal Revenue Service** | | |
| Ex. No. | Description | Bates Numbers |
| Gov't 30 | 1040 Tax Return 2018 | 700000003-3.034 |
| Gov't 31 | 1040 Tax Return 2019 | 700000003.035-3.053 |
| Gov't 32 | 1040 Tax Return 2020 | 700000003.054-3.072 |
| Gov't 33 | 1040 Tax Return 2021 | 700000003.073-3.098 |
| Gov't 34 | 1040 Tax Return 2022 | 700000003.099-3.122 |
| Def. 14 | Internal Revenue Service Correspondence | FD_00000068-69 |
| **Business or Organization – Federal Reserve Bank of New York** | | |
| Ex. No. | Description | Bates Numbers |
| Gov't 35 | Fedwire Funds Message | 50000021.04 |
| **Business or Organization – Washington State Department of Revenue** | | |
| Ex. No. | Description | Bates Numbers |
| Def. 10 | Business License | FD_00000062 |
| **Business or Organization – Washington State Secretary of State** | | |
| Ex. No. | Description | Bates Numbers |
| Def. 20 | Amended Annual Report 2018 | FD_00000200-202 |
| Def. 21 | Annual Report 2019 | FD_00000203-205 |
| Def. 22 | Annual Report 2020 | FD_00000206-208 |
| Def. 23 | Express Annual Report with Changes 2021 | FD_00000209-211 |
| Def. 24 | Express Annual Report with Changes 2022 | FD_00000212-14 |
| Def. 25 | Annual Report 2023 | FD_00000215-217 |
| Def. 26 | Express Annual Report with Changes 2024 | FD_00000218-220 |
| Def. 19 | Certificate of Formation | FD_00000221 |
| **Business or Organization – U.S. Department of Transportation** | | |
| Ex. No. | Description | Bates Numbers |
| Def. 11 (page 1) | Federal Motor Carrier Certificate | FD_00000063 |

This stipulation establishes the foundational authenticity and hearsay exception of the identified exhibits. The parties expressly reserve the right to object to the admission of these exhibits on any other grounds, including relevance.

EVIDENTIARY AND FACTUAL STIPULATIONS - 3

Additionally, between the United States and the Defendant, ANDREI STEPHANOVICH BORGHERIU, HEREBY STIPULATED AND AGREE to the following facts, which will be admissible at trial:

- For purposes of Count 1, the EFT Payment from the U.S. Small Business Administration to Artway Transport LLC's Bank of America Account ending in 2612 in Kennewick, Washington, in the amount of $499,900.00 for EIDL No. 1397459103 constitutes an interstate wire communication.
- For purposes of Count 2, the wire transfer from Artway Transport LLC's Bank of America Account ending in 2612 in Kennewick, Washington, to Ticor Title's bank account ending in 5226 with US Bank in Westminster, California, constitutes an interstate wire communication.

AGREED TO AND PRESENTED THIS 3rd DAY OF FEBRUARY, 2025, BY:

Vanessa R. Waldref
United States Attorney

*/s/ Frieda K. Zimmerman*
Frieda K. Zimmerman
Jeremy J. Kelley
Assistant United States Attorneys

*/s/ Justin Lonergan*
Justin Lonergan
Nick Mirr
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify counsel for Defendant, Justin Lonergan.

*s/ Frieda K. Zimmerman*
Frieda K. Zimmerman
Assistant United States Attorney