Download Date: 08/22/2023 12:30 PM (ET)
Origin URL: https%3a%2f%2fstars.ocms.sba.gov%2f%28s%21search%2frapid-finance%2fcredit-report%2fdetails%2f3321927753%2f0%2f13891571



**U.S. Small Business Administration**

# Rapid Finance Credit Report Details - Application #3321927753 - ANDREI BORGHERIU

*STARS Portal Offical Report*

## General Information

| Name | ANDREI BORGHERIU | Date Comp | 6/29/2021 | Credit Report Time | 2:55 PM | Application Number | 3321927753 |
|---|---|---|---|---|---|---|---|

## Infile Report

| Lender Case Number | 20204947 - ANDREI - BORGHERIU | Date Recveived | 6/29/2021 | Date Completed | 6/29/2021 |
|---|---|---|---|---|---|

## Applicant Information

**Personal Information**

Name: ANDREI BORGHERIU
SSN: ▮▮▮▮▮▮
Current Address: 1710 SUNSHINE AVE
WEST RICHLAND, WA 993538729

**Employment Information**

Business: BESTWAY TRANSPORT
First Reported Date: 6/10/2016
Last Updated Date: 6/10/2016

## File Identifications

| Name | ANDREI BORGHERIU | SSN | ▮▮▮▮▮▮ | Birthdate | ▮▮▮▮▮▮ | Current Address | 1710 SUNSHINE AVE WEST RICHLAND, WA 993538729 |
|---|---|---|---|---|---|---|---|

## Credit Summary

| | Payments | Balances | Limits | Trades | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|
| Revolving | 0 | -- | 0 | 4 | 1 | 1 | 1 |
| Installment | 325 | -- | 0 | 4 | 0 | 0 | 0 |
| Real Estate | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Open/Other | 325 | 9419 | 0 | 2 | 0 | 0 | 0 |
| Total | 650 | 9419 | 0 | 10 | 1 | 1 | 1 |

# of Inquiries --          # of Public Records --          # of Bankruptcies 0
Worst Rating --             Oldest Date --                  # of Satisfactories --
                                                             Past Due 0

## Vendor Errors

Errors --

Rapid Credit Report - Application #3321927753 - ANDREI BORGHERIU
90000003

**GOVERNMENT EXHIBIT 5**

Download Date: 08/22/2023 12:30 PM (ET)
Case 4:22-cr-06040-SAB    ECF No. 137-1    filed 02/04/25    PageID.1136    Page 2 of 3
Origin URL: https%3a%2f%2fstars.ecms.sba.gov%2f%23g%2fsearch%2frapid-finances%2fcredit-report%2fdetails%2f3321927753%2f0%2f13891571



## Scoring

**FICO Score** 615     **Repository** Experian     **Brand** Vantage 3.0

**Scoring Factors**

| Code | Factors |
|---|---|
| 63 | LACK OF SUFFICIENT RELEVANT REAL ESTATE ACCOUNT INFORMATION |
| 30 | TOO FEW OF YOUR BANK CARD OR OTHER REVOLVING ACCOUNTS HAVE HIGH LIMITS |
| 84 | NUMBER OF INQUIRIES IMPACTED YOUR SCORE, BUT EFFECT WAS NOT SIGNIFICANT |
| 12 | THE DATE THAT YOU OPENED YOUR OLDEST ACCOUNT IS TOO RECENT |
| 14 | LACK OF SUFFICIENT CREDIT HISTORY |

## Fraud Alert

This table has no records.

## Regulatory Messages

| Code | Message |
|---|---|
| 335 | V384THE NUMBER OF INQUIRIES WAS ALSO A FACTOR, BUT EFFECT WAS NOT SIGNIFICANT |

## Public Records

This table has no records.

## Credit History

| ECOA Code | Creditor Account # | RPTD Open Last Payment | Limit/HC Balance | Monthly Payment Amount | Unpaid Balance | Past-Due | Terms | # Months 30/60/90 History | Type Rate |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Creditor Name: ▉▉▉<br>Account Number: ▉▉▉ | Account Reported: 09/07<br>Last Activity: 10/11 | Credit Limit: ▉▉▉<br>High Credit: ▉▉▉ | -- | -- | -- | REV | ▉▉▉ | Rev/Install: R<br>Current Rating Code: 11<br>Credit Loan Type: Credit Card<br>XPN |
| 1 | Creditor Name: ▉▉▉<br>Account Number: ▉▉▉ | Account Reported: 01/17<br>Last Activity: 04/21 | Credit Limit: --<br>High Credit: -- | -- | -- | -- | 072 | ▉▉▉ | Rev/Install: I<br>Current Rating Code: 11<br>Credit Loan Type: Auto Loan<br>XPN |
| 1 | Creditor Name: ▉▉▉ CENTER<br>Account Number: ▉▉▉ | Account Reported:<br>Last Activity: 02/13 | Credit Limit: $250.00<br>High Credit: $0.00 | -- | -- | -- | REV | ▉▉▉ | Rev/Install: R<br>Current Rating Code: 11<br>Credit Loan Type: Charge Account<br>XPN |

Download Date: 08/22/2023 12:30 PM (ET)

Case 4:22-cr-06040-SAB    ECF No. 137-1    filed 02/04/25    PageID.1137    Page 3 of 3

Origin URL: https%3a%2f%2fstars.ucms.sba.gov%2f%23%2fsearch%2frapid-finance%2fcredit-report%2fdetails%2f3321927753%2f0%2f13891571

## Credit History

| ECOA Code | Creditor Account # | RPTD Open Last Payment | Limit/HC Balance | Monthly Payment Amount | Unpaid Balance | Past-Due | Terms | # Months 30/60/90 History | Type Rate |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Creditor Name: ▓▓▓▓▓▓▓▓▓▓▓▓<br>Account Number: ▓▓▓ | Account Reported: 07/19<br>Last Activity: 04/21 | Credit Limit: ▓▓▓<br>High Credit: ▓▓▓ | -- | -- | -- | REV | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Rev/Install: R<br>Current Rating Code: 38<br>Credit Loan Type: Credit Card<br>XPN |
| 1 | Creditor Name: ▓▓▓▓▓▓<br>Account Number: ▓▓▓ | Account Reported: 11/17<br>Last Activity: 05/21 | Credit Limit: --<br>High Credit: -- | -- | ▓▓▓ | -- | 076 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Rev/Install: I<br>Current Rating Code: 11<br>Credit Loan Type: Auto Loan<br>XPN |
| 1 | Creditor Name: ▓▓▓▓▓<br>Account Number: ▓▓▓▓ | Account Reported: 09/10<br>Last Activity: 09/16 | Credit Limit: --<br>High Credit: -- | -- | -- | -- | 072 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Rev/Install: I<br>Current Rating Code: 11<br>Credit Loan Type: Auto Loan<br>XPN |
| 1 | Creditor Name: ▓▓▓▓▓▓▓▓<br>Account Number: ▓▓ | Account Reported: 04/21<br>Last Activity: 06/21 | Credit Limit: ▓▓▓<br>High Credit: $181.00 | -- | ▓▓▓ | -- | REV | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Rev/Install: R<br>Current Rating Code: 11<br>Credit Loan Type: Credit Card<br>XPN |
| 1 | Creditor Name: ▓▓▓▓▓▓▓<br>Account Number: ▓▓▓ | Account Reported: 11/14<br>Last Activity: 12/17 | Credit Limit: --<br>High Credit: -- | -- | -- | -- | 072 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Rev/Install: I<br>Current Rating Code: 11<br>Credit Loan Type: Auto Loan<br>XPN |

## Inquiries

| Inquiry Date | Kind of Business | Subscriber Name |
|---|---|---|
| 9/4/2019 | Mortgage Reporters | AMERICAN REPORTING COM |
| 2/24/2021 | Mortgage Reporters | EQUIFAX MORTGAGE SERVI |
| 6/24/2021 | Bank Credit Cards | BK OF AMER |
| 7/10/2019 | Bank Credit Cards | BK OF AMER |
| 9/13/2019 | Mortgage Reporters | EQUIFAX MORTGAGE SERVI |
| 8/5/2019 | All Banks – Non-Specific | TRANSPORTATION ALLIANC |

## Additional Information

| Type | Information |
|---|---|
| Known Alias | ANDREI BORGHERIU |

## Consumer Referral Information

| Credit Bureau | Experian | Address | 701 Experian Parkway<br>PO Box 2002<br>Allen, TX 75013 | Phone | +1 (888) 397-3742 |