

Nick Mirr
Federal Defenders of Eastern Washington and Idaho
306 E. Chestnut Ave.
Yakima, Washington 98901
509.248.8920
Attorneys for Andrei Stephanovich Borgheriu

## United States District Court
### Eastern District of Washington
Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America, | No: 4:22-cr-06040-SAB |
| Plaintiff, | Amended Defendant's Exhibit List |
| v. | |
| Andrei Stephanovich Borgheriu, | |
| Defendant. | |

Mr. Borgheriu provides notice that he intends to introduce the following exhibits in his case in chief:

| Defense Exhibit | Admitted | Description | Bates |
|---|---|---|---|
| 201 | | Photograph – Mr. Borgheriu's Truck | FD00000070 |
| 202 | | Photograph – Home Office | FD00000003 |
| 203 | | Photograph – Garage Office Area | FD00000004 |
| 204 | | Photograph – Home Office | FD00000005 |
| 205 | | Photograph – Tires | FD00000006 |
| 206 | | Photograph – Inside of Shed | FD00000007 |
| 207 | | Photograph – Inside of Shed | FD00000008 |
| 208 | | Photograph – Tires | FD00000009 |
| 209 | | Artway Transport Check Stubs | FD00000016-FD00000061 |
| 210* | | 2022 Business License | FD00000062 |
| 211* | | Transportation Certificate (first page subject to stipulation) | FD00000063-FD00000065 |
| 212 | | International Fuel Tax Agreement | FD00000066 |
| 213 | | Certificate of Insurance | FD00000067 |
| 214* | | Employer Identification Number | FD00000068-FD00000069 |
| 215 | | Drivers Daily Log | FD00000071-FD00000194 |
| 216 | | Promissory Note | FD00000195-FD00000197 |
| 217 | | Registration Certificate | FD00000198 |
| 218 | | Vehicle Certificate of Title | FD00000199 |

| 219* | | Secretary of State Certificate of Formation – 2018 | FD00000221 |
|---|---|---|---|
| 220* | | Secretary of State Amended Annual Report – 2018 | FD00000200-FD00000202 |
| 221* | | Secretary of State Annual Report - 2019 | FD00000203-FD00000205 |
| 222* | | Secretary of State Annual Report – 2020 | FD00000206-FD00000208 |
| 223* | | Secretary of State Express Annual Report with Changes – 2021 | FD00000209-FD00000211 |
| 224* | | Secretary of State Express Annual Report with Changes – 2022 | FD00000212-FD00000214 |
| 225* | | Secretary of State Annual Report – 2023 | FD00000215-FD00000217 |
| 226* | | Secretary of State Express Annual Report with Changes – 2024 | FD00000218-FD00000220 |
| 227 | | Load Records | FD00000001-FD00000002 |
| 228 | | Business Receipts | FD00000010-FD00000015 |
| 229 | | Rights Advisement | FD10000043 |

\* Subject to parties' stipulation.

   Mr. Borgheriu reserves the right to seek admission of any exhibit on the United States' exhibit list, to supplement this list as trial proceeds, or to present impeachment exhibits as many be appropriate during trial.

//

//

//

//

//

Dated:    February 5, 2025

Federal Defenders of Eastern
Washington and Idaho
Attorneys for Andrei Borgheriu

s/ Nick Mirr
Nick Mirr, AT0014467
Iowa State Bar Ass'n
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org

Service Certificate

I certify that on February 5, 2025, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System, which will notify Assistant United

States Attorneys: Jeremy J. Kelley and Frieda  K. Zimmerman.

s/ Nick Mirr
Nick Mirr, AT0014467
Iowa State Bar Ass'n
306 E. Chestnut Ave.
Yakima, Washington 98901
t: (509) 248-8920
nick_mirr@fd.org