# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>-vs-<br>ANDREI STEPHANOVICH BORGHERIU,<br><br>                    Defendant. | Case No.    4:22-CR-6040-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:    FEBRUARY 14, 2025<br><br>LOCATION:   RICHLAND, WA<br><br>**JURY TRIAL – DAY FIVE** |

**CHIEF JUDGE STANLEY A. BASTIAN**

| Michelle Fox | 01 | Emma Garkavi (left at 10:00 am)<br>Svetlana Kupriyanova | Kimberly Allen |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreters** | **Court Reporter** |
| Frieda Zimmerman<br>Jeremy Kelley | | Justin Lonergan<br>Nick Mirr | |
| **Government Counsel** | | **Defense Counsel** | |

**United States Probation Officer:**

[ X ]  Open Court            [   ]  Chambers            [ ]  Telecon/Video

Defendant present and out of custody of the U.S. Marshal.

8:30 am – Jury continues deliberations.

11:10 am – Court reconvenes. Jury question No. 2 read to counsel. Court gives preliminary thoughts to a response.

   F. Zimmerman asks for a clarification on Instruction No.
   Court states it is Instruction No. 3. Court reads the proposed response.
   J. Kelley asks to add the word reason.
   J. Lonergan agrees with the response and adding the word reason.

# [ ]  ORDER FORTHCOMING

| **CONVENED:** 8:30 A.M.<br>11:10 A.M.<br>1:30 P.M. | **ADJOURNED:**<br>11:20 A.M.<br>1:50 P.M. | **TIME:**  10 MIN.<br>20 MIN.<br>**TOTAL:** 30 MIN | |
|---|---|---|---|

*USA  -vs-  A. Borgheriu*  February 14, 2025
4:22-CR-6040-SAB-1  Page 2
Jury Trial – Day Five

    Court reads the final response to the jury.

        Recess:  11:20 am

1:30 pm – Court reconvenes.  Court has been informed that the jury has reached a Verdict.

Jury reconvenes.  Jury has reached a Verdict.

Court reads the Verdict.  Count 1 – not guilty.  Count 2 – not guilty.  Count 3 – not guilty.

Court polls the jury.  Each juror states yes to both questions.

Court thanks the jury.

Jury excused at 1:45 pm.

Court addresses counsel.

        Recess:  1:50 pm