| EXHIBIT LIST: FEBRUARY 10-14, 2025 |||
|---|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON |||
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>ANDREI STEPHANOVICH BORGHERIU,<br><br>Defendant. || Case No.   4:22-CR-6040-SAB-1<br><br>LOCATION:   RICHLAND, WA |
| HONORABLE STANLEY A. BASTIAN | KIMBERLY ALLEN | MICHELLE FOX |
| Presiding Judge | Court Reporter | Courtroom Deputy |
| Jeremy Kelley<br>Frieda Zimmerman || Justin Lonergan<br>Nick Mirr |
| Plaintiff's Counsel || Defendant's Counsel |

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 1 | | 2/11/2025 | 2/11/2025 woo | Rapid Finance Application Details |
| 2 | | 2/11/2025 | 2/11/2025 woo | Rapid Intake Form Data Lookup |
| 3 | | 2/11/2025 | 2/11/2025 woo | Driver's License |
| 4 | | 2/11/2025 | 2/11/2025 woo | Business License |
| 5 | | 2/11/2025 | 2/11/2025 oo | Rapid Finance Credit Report Details |
| 6 | | 2/11/2025 | 2/11/2025 woo | SBA Emails |

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 7 |  | 2/11/2025 | 2/11/2025 woo | Loan Authorization and Agreement |
| 8 |  | 2/11/2025 | 2/11/2025 woo | DocuSign Certificate of Completion |
| 9 |  | 2/11/2025 | 2/11/2025 woo | Signature Card |
| 10 |  | 2/11/2025 | 2/11/2025 woo | August 2021 Statement |
| 11 |  | 2/11/2025 | 2/11/2025 woo | September 2021 Statement |
| 12 |  | 2/11/2025 | 2/11/2025 woo | October 2021 Statement |
| 13 |  | 2/11/2025 | 2/11/2025 woo | Image of 1710 Sunshine Ave |
| 14 |  | 2/11/2025 | 2/11/2025 woo | Lease/Rental Agreement |
| 15 |  | 2/11/2025 | 2/11/2025 woo | Residential Purchase and Sales Agreement |
| 16 |  | 2/11/2025 | 2/11/2025 woo | Ticor Title Emails |
| 17 |  | 2/11/2025 | 2/11/2025 woo | Order Sheet |
| 18 |  | 2/11/2025 | 2/11/2025 woo | Closing Escrow Instructions |
| 19 |  | 2/11/2025 | 2/11/2025 woo | Schedule A |
| 20 |  | 2/11/2025 | 2/11/2025 woo | Final Master Statement |
| 21 |  | 2/11/2025 | 2/11/2025 woo | Wiring Information |
| 22 |  | 2/11/2025 | 2/11/2025 woo | Incoming Wire Receipt |

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 23 | | 2/11/2025 | 2/11/2025 woo | $1.00 Check |
| 24 | | 2/11/2025 | 2/11/2025 woo | Statutory Warrant Deed |
| 25 | | 2/11/2025 | 2/11/2025 woo | Quit Claim Deed |
| 26 | | 2/11/2025 | 2/11/2025 woo | Home Inspection Report |
| 27 | | 2/11/2025 | 2/11/2025 woo | Interview Audio |
| 28 | | | | Interview Transcript |
| 29 | | 2/12/2025 | 2/12/2025 woo | Advice of Rights |
| 30 | | 2/11/2025 | 2/11/2025 woo | 1040 Tax Return 2018 |
| 31 | | 2/11/2025 | 2/11/2025 woo | 1040 Tax Return 2019 |
| 32 | | 2/11/2025 | 2/11/2025 woo | 1040 Tax Return 2020 |
| 33 | | 2/11/2025 | 2/11/2025 woo | 1040 Tax Return 2021 |
| 34 | | 2/11/2025 | 2/11/2025 woo | 1040 Tax Return 2022 |
| 35 | | 2/11/2025 | 2/11/2025 woo | Fedwire Funds Message |
| 36 | | | | Visual Inspection Agreement |
| 37 | | 2/11/2025 | 2/11/2025 woo | Home Inspection Work Order |
| | | | | |

**EXHIBIT LIST** Page 4

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | 201 | | | Photograph – Mr. Borgheriu's Truck |
| | 202 | 2/12/2025 | 2/12/2025 oo | Photograph – Home Office |
| | 203 | | | Photograph – Garage Office Area |
| | 204 | | | Photograph – Home Office |
| | 205 | | | Photograph – Tires |
| | 206 | | | Photograph – Inside of Shed |
| | 207 | | | Photograph – Inside of Shed |
| | 208 | | | Photograph – Tires |
| | 209 | | | Artway Transport Check Stubs |
| | 210 | 2/11/2025 | 2/11/2025 woo | 2022 Business License |
| | 211 | 2/11/2025 | 2/11/2025 woo (PAGE 1 ONLY) | Transportation Certificate (first page subject to stipulation) |
| | 212 | | | International Fuel Tax Agreement |
| | 213 | | | Certificate of Insurance |
| | 214 | 2/11/2025 | 2/11/2025 woo | Employer Identification Number |

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Description of Exhibits |
|---|---|---|---|---|
| | 215 | | | Drivers Daily Log |
| | 216 | | | Promissory Note |
| | 217 | | | Registration Certificate |
| | 218 | | | Vehicle Certificate of Title |
| | 219 | 2/11/2025 | 2/11/2025 woo | Secretary of State Certificate of Formation – 2018 |
| | 220 | 2/11/2025 | 2/11/2025 woo | Secretary of State Amended Annual Report – 2018 |
| | 221 | 2/11/2025 | 2/11/2025 woo | Secretary of State Annual Report - 2019 |
| | 222 | 2/11/2025 | 2/11/2025 woo | Secretary of State Annual Report – 2020 |
| | 223 | 2/11/2025 | 2/11/2025 woo | Secretary of State Express Annual Report with Changes – 2021 |
| | 224 | 2/11/2025 | 2/11/2025 woo | Secretary of State Express Annual Report with Changes – 2022 |
| | 225 | 2/11/2025 | 2/11/2025 woo | Secretary of State Annual Report – 2023 |
| | 226 | 2/11/2025 | 2/11/2025 woo | Secretary of State Express Annual Report with Changes – 2024 |
| | 227 | | | Load Records |
| | 228 | | | Business Receipts |
| | 229 | | | Rights Advisement |
| | 230 | 2/12/2025 | 2/12/2025 woo | Bank of America   July 1, 2021 – July 31, 2021 |

**EXHIBIT LIST** Page 6

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Description of Exhibits |
|---|---|---|---|---|
| | 231 | 2/12/2025 | 2/12/2025 oo | Tax Return 2021 email |
| | 232 | 2/12/2025 | 2/12/2025 oo | Tax Return 2022 email |
| | 233 | 2/12/2025 | 2/12/2025 oo | Tax Return 2023 email |
| | 234 | | | Lou Rakhuba Payment |
| | 235 | | | Olga Sinyuk Payment |
| | 236 | | | Olga Sinyuk Payment for Taxes 2023 |
| | 237 | 2/12/2025 | 2/12/2025 woo | Bank of America Record   May 10, 2021 – May 31, 2021 |
| | 238 | 2/12/2025 | 2/12/2025 woo | Bank of America Record   June 1, 2021 – June 30, 2021 |
| | | | | |

Admitted Exhibits to Jury are Agreed to by Counsel on February 13, 2025

_[signature]_

_[signature]_

United States District Court
Eastern District of Washington
Exhibits Log: 4:22-CR-06040-SAB
USA v. Borgheriu, 2/10/2025

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-01 | RAPID FINANCE APPLICATION DETAILS_90000001 | No |
| Gov-02 | RAPID INTAKE FORM DATA LOOKUP_90000004 | No |
| Gov-03 | DRIVERS LICENSE_90000029 | No |
| Gov-04 | BUSINESS LICENSE_90000027 | No |
| Gov-05 | RAPID FINANCE CREDIT REPORT DETAILS_90000003 | No |
| Gov-06 | SBA EMAILS_90000008-90000019 | No |
| Gov-07 | LOAN AUTHORIZATION AND AGREEMENT_90000025 | No |
| Gov-08 | DOCUSIGN CERTIFICATE OF COMPLETION_90000007 | No |
| Gov-09 | SIGNATURE CARD_50000013 | No |
| Gov-10 | AUGUST 2021 STATEMENT_50000014.027-.036 | No |
| Gov-11 | SEPTEMBER 2021 STATEMENT_50000014.037-.046 | No |
| Gov-12 | OCTOBER 2021 STATEMENT_50000014.047-.056 | No |
| Gov-13-IMAGEOF1710SUN | Image of 1710 Sunshine Ave. | No |
| Gov-14 | LEASE_RENTAL AGREEMENT_10000141-145 | No |
| Gov-15 | RESIDENTIAL PURCHASE AND SALES AGREEMENT_50000018.109-117 | No |
| Gov-16 | TICOR TITLE EMAILS_50000019-19.14 | No |
| Gov-17 | ORDER SHEET_50000018.232-18.237 | No |
| Gov-18 | CLOSING ESCROW INSTRUCTIONS_50000018.040-18.044 | No |
| Gov-19 | SCHEDULE A_50000018.078 | No |
| Gov-20 | FINAL MASTER STATEMENT_50000018.002 | No |
| Gov-21 | WIRING INFORMATION_50000018.096 | No |
| Gov-22 | INCOMING WIRE RECEIPT_50000018.007 | No |
| Gov-23 | $1.00 CHECK_50000018.005 | No |
| Gov-24 | STATUTORY WARRANT DEED_50000018.051-.052 | No |
| Gov-25 | QUIT CLAIM DEED_50000018.037 | No |
| Gov-26 | HOME INSPECTION REPORT_10000083 | No |
| Gov-27 | Borgheriu Interview-Transport_Clip_00.00 - 21.06_10000139 | No |
| Gov-29 | ADVICE OF RIGHTS_10000043 | No |
| Gov-30 | 1040 TAX RETURN 2018_70000003-3.034 | No |
| Gov-31 | 1040 AX RETURN 2019_70000003.035-3.053 | No |
| Gov-32 | 1040 TAX RETURN 2020_70000003.054-3.072 | No |
| Gov-33 | 1040 TAX RETURN 2021_70000003.073-3.098 | No |
| Gov-34 | 1040 TAX RETURN 2022_70000003.099-3.122 | No |
| Gov-35 | FEDWIRE FUNDS MESSAGE_50000021.04 | No |
| Gov-37 | HOME INSPECTION WORK ORDER_10000162 | No |
| Def-202 | photograph_home office | No |
| Def-210 | 2022 business license | No |
| Def-211 | transportation certificate | No |
| Def-214 | employer identification number | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Def-219 | secretary of state certificate of formation 2018 | No |
| Def-220 | secretary of state amended annual report 2018 | No |
| Def-221 | secretary of state annual report 2019 | No |
| Def-222 | secretary of state annual report 2020 | No |
| Def-223 | secretary of state express annual report with changes 2021 | No |
| Def-224 | secretary of state express annual report with changes 2022 | No |
| Def-225 | secretary of state annual report 2023 | No |
| Def-226 | secretary of state express annual report with changes 2024 | No |
| Def-230 | July 2021 Statement | No |
| Def-231 | Tax_2021 | No |
| Def-232 | Tax_2022 | No |
| Def-233 | Tax_2023 | No |
| Def-237 | May 2021 Statement | No |
| Def-238 | June 2021 Statement | No |