# WITNESS LIST

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>ANDREI STEPHANOVICH BORGHERIU,<br><br>Defendant. | Case No.   4:22-CR-6040-SAB-1<br><br>Location:   RICHLAND, WA |

**JURY TRIAL: 2/10/2025 – 2/14/2025**

| HONORABLE STANLEY A. BASTIAN | KIMBERLY ALLEN | MICHELLE FOX |
|---|---|---|
| Presiding Judge | Court Reporter | Courtroom Deputy |
| Jeremy Kelley<br>Frieda Zimmerman | | Justin Lonergan<br>Nick Mirr |
| **Government Counsel** | | **Defense Counsel** |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 2/11/2025 | 2, 1, 3, 4, 5, 6, 7, 8, 2, 7, 2, 6, 2 | Plaintiff | Raymond Brown   9:10 am –   11:10 am |
| 2/11/2025 | 1, 6, 1, 6 | Plaintiff | Guelita Pericles     11:11 am – 11:45 am |
| 2/11/2025 | 37, 26 | Plaintiff | Erick Simmons     11:46 am – 11:56 am |
| 2/11/2025 | 13, 14, 15 | Plaintiff | Nikica Lacic     1:18 pm – 2:00 pm |
| 2/11/2025 | 13 | Plaintiff | Julijana Imamovic   2:01 pm – 2:25 pm |
| 2/11/2025 | 16, 15 | Plaintiff | Daniel Lacic   2:26 pm – 2:43 pm |
| 2/11/2025 | 16, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 15 | Plaintiff | Dylan Strait     2:44 pm – 3:58 pm |

| DATE | EXHIBITS DISCUSSED | TESTIFYING FOR | NAME OF WITNESS |
|---|---|---|---|
| 2/11/2025 | 9, 10, 11, 12, 30, 31, 32, 33, 34, 35, 224, 225, 226, 29, 27 | Plaintiff | Christian Parker    4:00 pm – 4:55 pm |
| 2/12/2025 | 29, 27, 7, 10, 230, 237, 238, 31, 32, 33, 7, 9, 237, 238, 230, 10, 11, 12 | Plaintiff | Christian Parker    8:40 am – 11:00 am |
| 2/12/2025 | 4, 202, 205, 231, 232, 233, 7, 221, 223, 224 | Defendant | Andrei Borgheriu    1:24 pm – 5:00 pm |
| 2/13/2025 | 30, 33, 224, 226, 7 | Defendant | Andrei Borgheriu    9:18 am – 11:05 am |
| 2/13/2025 |  | Plaintiff | Alex Meusburger    11:17 am – 11:20 am |