FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ANDREI STEPHANOVICH BORGHERIU,<br><br>           Defendant. | No. 4:22-CR-06040-SAB-1<br><br>**JUDGMENT OF ACQUITTAL** |

      The defendant was found not guilty on February 14, 2025. **IT IS ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated. U.S. Probation shall return defendant's passport.

      **IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and close the file.

      **DATED** this 21st day of February 2025.

Stanley A. Bastian
Chief United States District Judge

**JUDGMENT OF ACQUITTAL** ~ 1